```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

MARCIA L. SMITH                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:17CV450TSL-RHW

UNITED OF OMAHA LIFE INSURANCE                          DEFENDANTS
COMPANY AND MUTUAL OF OMAHA
INSURANCE COMPANY

## FINAL JUDGMENT

In accordance with the court's orders of May 21, 2018 and October 4, 2018, it is hereby ordered and adjudged that final judgment is entered in favor of Plaintiff Marcia L. Smith and against Defendant United of Omaha Life Insurance Company for the following:

1. Reinstatement of Plaintiff's long term disability benefits;

2. Prejudgment and post-judgment interest on past due benefits in the amount of 8% per annum;

3. Future benefits for so long as Plaintiff remains disabled under the terms of the plan; and

4. Reasonable attorney's fees, which shall be supported by motion submitted within thirty-one days of entry of this order, with this proviso: Should defendant timely file a notice of appeal, consideration of attorney's fees will be stayed pending resolution of the appeal; and

5. All costs of court.

SO ORDERED this the 15th day of October, 2018.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE