**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**


**MARCIA L. SMITH**                                                                            **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:17-CV-450-TSL-RHW**

**UNITED OF OMAHA LIFE INSURANCE COMPANY and
MUTUAL OF OMAHA INSURANCE COMPANY**                         **DEFENDANTS**

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order under an ERISA Plan and denying Defendants' Motion for Summary Judgment, the Order Granting Plaintiff's Motion for Final Judgment and the Final Judgment entered in this action on the 15th day of October, 2018.  A copy of said Orders are attached hereto collectively as Exhibit A.

Dated, this the 26th day of October, 2018.

Respectfully submitted,


**UNITED OF OMAHA LIFE INSURANCE
COMPANY AND MUTUAL OF OMAHA
INSURANCE COMPANY**


By: *s/Kelly D. Simpkins*
            Kelly D. Simpkins (MSB #9028)
            Kevin A. Rogers (MSB #101230)

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:              (601) 605-6900
Facsimile:              (601) 605-6901
ksimpkins@wellsmar.com
krogers@wellsmar.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing document using the

Court's ECF system, which sent notification of such filing to the following:

Christopher J. Weldy, Esq. (MSB #103995)
WELDY LAW FIRM, PLLC
105 North College Street
Brandon, Mississippi 39042
Telephone: (601) 624-7460
Facsimile: (866) 900-4850
Chris@WeldyLawFirm.com

**ATTORNEY FOR PLAINTIFF**

This, the 26th day of October, 2018.

*s/Kelly D. Simpkins*

/265644