**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MARCIA L. SMITH**                                                                        **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:17-CV-450-TSL-RHW**

**UNITED OF OMAHA LIFE INSURANCE COMPANY and
MUTUAL OF OMAHA INSURANCE COMPANY**            **DEFENDANTS**

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause having come on for hearing at the instance of Marcia L. Smith, Plaintiff herein, and Defendants, United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company, and the Court, being advised that there remain no issues to be adjudicated or determined by the Court between these parties, finds that Marcia L. Smith, and all of her claims should be dismissed with prejudice in their entirety against United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff, Marcia L. Smith and all of her claims against United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company are hereby dismissed with prejudice in their entirety, with each party to bear her and its own costs, attorneys' fees and expenses.

SO ORDERED AND ADJUDGED, this the 15th day of July, 2019.


/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

**AGREED AND APPROVED:**

 _s/ Christopher J. Weldy_
Christopher J. Weldy
**WELDY LAW FIRM, PLLC**
105 North College Street
Brandon, Mississippi 39042
Telephone: (601) 624-7460
Facsimile: (866) 900-4850
Chris@WeldyLawFirm.com

*Counsel for Plaintiff, Marcia Smith*


 _s/ Kelly D. Simpkins_
Kelly D. Simpkins (TN Bar #020582)
**WELLS MARBLE & HURST, PLLC**
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900
Facsimile (601) 605-6901
ksimpkins@wellsmar.com

*Counsel for Defendants, United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company*

/#270055